(No. 23650.—)

THE JOSEPH TRINER CORPORATION, Appellee, *vs.* E. R. ORANSKY, Appellant.

*Opinion filed December 10, 1936.*

ROSENBERG, TOOMIN & STEIN, (BENJAMIN ROSENBERG, of counsel,) for appellant.

MOSES, KENNEDY, STEIN & BACHRACH, (WALTER BACHRACH, STANLEY MORRIS, and R. WEYAND, of counsel,) for appellee.

Mr. JUSTICE STONE delivered the opinion of the court:

The circuit court of Cook county entered a decree permanently enjoining appellant from directly or indirectly advertising certain brands of whisky at a price below the standard and uniform price of those brands. The cause was tried on a stipulation of facts.

Errors assigned are, that the Fair Trade act of Illinois is in contravention of section 2 of article 2 of the constitution of this State and the fourteenth amendment of the constitution of the United States; that it violates section 22 of aricle 4 of the constitution of this State and is in violation of the trust laws, also that re-sale price maintenance contracts are unlawful. All of these assignments were urged and passed upon contrary to the contention of appellant here in *Triner Corp.* v. *McNeil*, 363 Ill. 559. The holdings in that case settle the issues here.

The decree of the circuit court is affirmed.

*Decree affirmed.*